IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY STICKNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-484-D |
| | ) |
| QWEST CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin, recommending the denial of Plaintiff's motions to proceed *in forma pauperis* under 28 U.S.C. § 1915, and the issuance of an order directing Plaintiff to pay the $400.00 filing fee within 20 days. Within the time period for filing an objection to the Report, Plaintiff has paid the required filing fee in full.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED to the extent that Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. No. 2] and Application to Proceed Without Prepaying Fees or Costs [Doc. No. 4] are DENIED.

IT IS SO ORDERED this 15th day of July, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE